# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 20-211 |
| : | |
| ANTHNONY LUCIDONIO, SR. : | |
| NICHOLAS LUCIDONIO : | |

## ORDER

This 9th day of March, 2022, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the motion of Defendants Anthony Lucidonio, Sr., and Nicholas Lucidonio to compel the Government to produce a bill of particulars, ECF 40, is **DENIED**.

s/Gerald Austin McHugh
United States District Judge