# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 20-211 |
| ANTHONY LUCIDONIO, SR., et al. | : | |

## ORDER

This 24th day of October, 2023, the Court hereby **FINDS** as follows:

1) The Probation Office correctly calculated a base offense level of 20, based on payroll tax loss of $486,142.70 and income tax loss of $834,900.61, together totaling $1,321,043.31.

2) The Probation Office correctly applied a 2-point enhancement under U.S.S.G. Section 2T1.9(b)(2) for acting with intent to encourage employees' violation of tax laws.

3) The Probation Office correctly applied a 2-point enhancement under U.S.S.G. Section 3B1.1(c) for Anthony Lucidonio, Sr. for his leadership role.

4) Defendant Nicholas Lucidonio is not entitled to a downward adjustment under U.S.S.G. Section 3B1.2 for playing a minor role.

5) The Probation Office correctly applied a 2-point downward adjustment for acceptance of responsibility under U.S.S.G. Section 3E1.1(a), and further correctly applied an additional 1-point reduction for assisting authorities in a timely manner under U.S.S.G. Section 3E1.1(b).

6) The Probation Office correctly calculated restitution at $1,321,043.31 to include both payroll and income tax losses.

/s/ Gerald Austin McHugh
United States District Judge