IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY LUCIDONIO, SR. | Criminal No. 20-211<br>Hon. Gerald A. McHugh |

**[PROPOSED] ORDER**

AND NOW, this ___ day of February 2024, upon consideration of Defendant Anthony Lucidonio's Motion to Extend Surrender Date and with the Government's consent, it is HEREBY ORDERED that the Motion is GRANTED and Defendant Anthony Lucidonio shall voluntarily surrender to the Bureau of Prisons on March 12, 2024.

BY THE COURT:

_____
HONORABLE GERALD A. MCHUGH
United States District Judge

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY LUCIDONIO, SR. | Criminal No. 20-211<br>Hon. Gerald A. McHugh |

**DEFENDANT ANTHONY LUCIDONIO'S UNOPPOSED MOTION TO EXTEND**

**SURRENDER DATE**

Defendant Anthony Lucidonio, by and through his undersigned counsel, moves to extend the date of his self-surrender to the Bureau of Prisons ("BOP") from February 27, 2024, until March 4, 2024 to assure that the BOP has sufficient time to designate a medically appropriate facility for his incarceration. The Government has no objection to the instant Motion. In support of his Motion, Defendant states:

1. Pursuant to this Court's Amended Order dated February 7, 2024, Defendant Anthony Lucidonio was ordered to self-surrender to the BOP on February 27, 2024.

2. Defendant's prison expert, Joel Sickler, has advised that because of Anthony Lucidonio's medical condition, age and being wheelchair bound, it is imperative that the BOP designate a facility that can provide the proper medical care for him.

3. Mr. Sickler has advised it is unlikely that the Office of Medical Designations will have completed its medical assessment and determined the appropriate facility for Mr. Lucidonio before February 27, in which event he would be placed in the Philadelphia federal detention center remaining there until the designation has occurred.

4. In light of the foregoing, Defendant's counsel reached out to the Government to request its consent to a thirty (30) day extension of the self-surrender. Based upon its own

1

assessment, the Government is of the belief that the designation probably would occur subsequent to February 27. As a result, the Government has consented to current Motion requesting a two (2) week extension.

5. Since the sentencing hearing Mr. Lucidonio's condition has further deteriorated, Over the past weekend at 2 a.m. he fell and suffered a large gash in his forearm and serious bruising. He has a doctor's appointment tomorrow and is contacting his neurological surgeon for an appointment to assess why his legs simply gave out causing him to fall. Further, information will be provided to the extent it impacts his designation.

6. In the event that it appears the BOP will not designate a facility by the March 12th self-surrender date, Defendant may seek a further extension to avoid the possibility of his incarceration in the Philadelphia detention center; a facility that will be unable to provide the necessary medical care he requires.

WHERREFORE, Defendant Anthony Lucidonio respectfully requests that the self-surrender date be extended from February 27, 2024 to March 12, 2024.

Respectfully submitted,

WEIR GREENBLATT PIERCE LLP

By: /s/ *Steven E. Angstreich*
    Steven E. Angstreich, Esquire
    Walter Weir, Jr., Esquire
    1339 Chestnut Street, Suite 500
    Philadelphia, PA  19107
    Tel: (215) 665-8181
    sangstreich@wgpllp.com
    wweir@wgpllp.com

February 13, 2024        *Counsel for Defendant Anthony Lucidonio, Sr.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2024, I caused a true and correct copy of the foregoing Defendant Anthony Lucidonio, Sr.'s Motion to Extend Surrender Date to be filed with the Court via CM/ECF and served via electronic mail on the following:

John Noel Kane, Jr.
150 M Street, NE
Washington, DC 20002
John.N.Kane@usdoj.gov

Richard P. Barrett
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106
Richard.Barrett3@usdoj.gov

Ian M. Comisky, Esquire
Matthew D. Lee, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
icomisky@foxrothschild.com
mlee@foxrothschild.com

/s/ *Steven E. Angstreich*
Steven E. Angstreich, Esquire